## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bryant, Thomas C | Case Number: 07 B 16570 |
| Bryant, Geraldine | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 9/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed: August 14, 2008

Confirmed: November 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,170.00 | |
| Secured: | | 750.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,248.82 |
| Trustee Fee: | | 171.18 |
| Other Funds: | | 0.00 |
| Totals: | 3,170.00 | 3,170.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,392.00 | 2,248.82 |
| 2. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 30,797.66 | 750.00 |
| 4. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 3,708.98 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 127.57 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 654.79 | 0.00 |
| 7. | Capital One | Unsecured | 88.21 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 99.28 | 0.00 |
| 9. | Target National Bank | Unsecured | 44.90 | 0.00 |
| 10. | Valley Credit | Unsecured | 15.00 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 57.20 | 0.00 |
| 12. | RJM Acquisitions LLC | Unsecured | 8.02 | 0.00 |
| 13. | T Mobile USA | Unsecured | 29.11 | 0.00 |
| 14. | Valley Credit | Unsecured | 255.75 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 23.84 | 0.00 |
| 16. | Midnight Velvet | Unsecured | 41.42 | 0.00 |
| 17. | Illinois Student Assistance Commission | Unsecured | 4,650.75 | 0.00 |
| 18. | Santa Barbara Bank & Trust | Unsecured | 60.00 | 0.00 |
| 19. | Swiss Colony | Unsecured | 15.39 | 0.00 |
| 20. | Capital One | Unsecured | 65.76 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 77.79 | 0.00 |
| 22. | Nicor Gas | Unsecured | 64.97 | 0.00 |
| 23. | Midwest Verizon Wireless | Unsecured | 20.40 | 0.00 |
| 24. | Portfolio Recovery Associates | Unsecured | 37.99 | 0.00 |
| 25. | Illinois Dept of Revenue | Unsecured | 1.25 | 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bryant, Thomas C
          Bryant, Geraldine
          Printed: 9/30/08

Case Number: 07 B 16570
Judge: Wedoff, Eugene R
Filed: 9/12/07

| 26. | Resurgent Capital Services | Unsecured | No Claim Filed |
| 27. | Cavalry Portfolio Services | Unsecured | No Claim Filed |
| 28. | CPI/Joliet | Unsecured | No Claim Filed |
| 29. | City Of Chicago | Unsecured | No Claim Filed |
| 30. | NCO Financial Services Inc | Unsecured | No Claim Filed |
| 31. | Cavalry Portfolio Services | Unsecured | No Claim Filed |
| 32. | Palisades Collection LLC | Unsecured | No Claim Filed |
| 33. | Seventh Avenue | Unsecured | No Claim Filed |
| 34. | Unv Fidity | Unsecured | No Claim Filed |
| 35. | U S Cellular | Unsecured | No Claim Filed |
| 36. | Sallie Mae | Unsecured | No Claim Filed |

                                                    _____        _____
                                                    $ 44,338.03       $ 2,998.82

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4% | 171.18 |

                           _____
                           $ 171.18

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

